```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/17/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BRITTNI MOTYKA, *on behalf of themselves and all others similarly situated*, STEVEN NADEAU, *on behalf of themselves and all others similarly situated, and* RINA LOSHAJ, *on behalf of themselves and all others similarly situated*,

                              Plaintiffs,

-against-

DEL FRISCO'S OF NEW YORK, LLC, JOHN DOE 1 THROUGH 10, *and* ABC CO. 1 THROUGH 10,

                              Defendants.
-----------------------------------------------------------------X

1:24-cv-6665-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On October 16, 2024, the parties submitted a joint stipulation and proposed order requesting that the Court issue an order compelling arbitration and dismissing this action. Dkt. No. 8. The Court will hold a conference with respect to the parties' joint stipulation and proposed order by telephone on October 21, 2024, at 4:00 p.m. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.

       SO ORDERED.

Dated: October 17, 2024
New York, New York

                                                              _____
                                                                        GREGORY H. WOODS
                                                                 United States District Judge